STATE of Missouri, Respondent,

v.

Antonio QUINT, Appellant.

Nos. WD 41487, WD 42530.

Missouri Court of Appeals, Western District.

Jan. 22, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 1991.

Application to Transfer Denied April 9, 1991.

Susan L. Hogan, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

PER CURIAM.

ORDER

Direct appeal from the conviction on two counts of sale of marihuana [§ 195.020, RSMo 1986] and from two concurrent sentences of fifteen years. Affirmed. Rule 30.25(b).

Appeal from denial of post-conviction relief under Rule 29.15. Affirmed. Rule 84.16(b).